UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-14051-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

JONATHAN MARCUS WINTERS
#75021-004,

    Defendant(s).
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Frank J. Lynch's Report and Recommendation [61] on Defendant's Motion for New Trial. After review of the record and Defendant's objections thereto, it is

ORDERED AND ADJUDGED that Magistrate Judge Lynch's Report and Recommendation issued November 1, 2007 is hereby **ADOPTED**.

DONE AND ORDERED in Chambers at Miami, Florida this 27th day of November, 2007.

                                            K. MICHAEL MOORE
                                            UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record