UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-14051-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JONATHAN MARCUS WINTERS,

    Defendant.
_____/



FILED by ___ D.C.

DEC 1 1 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

**REPORT AND RECOMMENDATION ON**
**DEFENDANT'S REQUEST FOR APPOINTMENT OF COUNSEL [D.E. #74]**

**THIS CAUSE** having come on to be heard upon the aforementioned Request For Counsel [D.E. #74] and this Court having reviewed the request as well as the government's response, makes the following recommendation to the District Court:

    1.    The Defendant has previously filed a Motion To Vacate, Motion For New Trial, Motion To Reduce and a Motion For Retroactive Application of The Sentencing Guidelines. All of these motions have been disposed of by the District Court and have been denied. Most recently, Judge Moore denied the Defendant's Motion For Retroactive Application of The Sentencing Guidelines on or about September 2, 2009.

    2.    The Defendant seeks to appeal that ruling and requests court appointed counsel.

    3.    Based upon this Court's review of the case law, a request for reduction of sentence and/or motion for retroactive application of the sentencing guidelines are not ancillary matters which would entitle the Defendant to appointment of counsel under the Criminal Justice Act. United States v. Mitchell, 330 Fed. Appx. 811 (11th Cir. 2009) and

United States v. Webb, 565 F.3d 789 (11th Cir. 2009).

**ACCORDINGLY**, this Court recommends to the District Court that the Defendant's Request For Appointment Of Court Appointed Counsel to appeal the denial of his Motion For Retroactive Application of The Sentencing Guidelines [D.E. #74] be **DENIED**.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, the United States District Judge assigned to this case.

**DONE AND SUBMITTED** this 11TH day of December, 2009, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. K. Michael Moore
AUSA Theodore M. Cooperstein

Jonathan Marcus Winters
Reg. No. 75021-004
P.O. Box 5000
Oakdale, Louisiana 71463